```
JOHN L. BURRIS, ESQ.  CSB#69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com

Attorneys for plaintiff
CAROL FRANCES WILLIAMSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL FRANCES WILLIAMSON,<br><br>　　　　Plaintiff,<br><br>　　vs<br><br>CITY OF OAKLAND, a municipal corporation;<br>DOES 1 - 25, inclusive,<br><br>　　　　Defendants.<br>_____/ | NO.  C08-01610 EMC<br><br>PETITION FOR ORDER FOR DISMISSAL OF COMPLAINT; STIPULATION TO DISMISSAL |

The complaint in this matter was filed, and served, on March 25, 2008.  Plaintiff requests that the complaint and all causes of action be dismissed <u>with prejudice</u> on the grounds that logistics and illness severely impede her prosecution of this case.

Dated:   March 28, 2008       LAW OFFICES OF JOHN L. BURRIS


　　　　　　　　　　　　　　　　　　/s/  John L. Burris
　　　　　　　　　　　　　　　　　Attorney for plaintiff
　　　　　　　　　　　　　　　　　CAROL FRANCES WILLIAMSON


PETITION AND STIPULATION TO DISMISS COMPLAINT　　　　　　　　　　　　1

## DECLARATION IN SUPPORT OF DISMISSAL

John L. Burris, declares and represents that I am counsel for plaintiff Carol Frances Williamson and that the foregoing representations are true and correct and stated on my personal knowledge under penalty of perjury. This petition is executed in Oakland, California on March 28, 2008.

/s/ John L. Burris

## STIPULATION

Defendants by and through their counsel, the Office of the City Attorney, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), to dismissal of the complaint in this matter, in its entirety and with prejudice.

DATED:

JOHN A. RUSSO
City Attorney

/s/ Randolph W. Hall
Assistant City Attorney
Attorneys for Defendant
CITY OF OAKLAND

PETITION AND STIPULATION TO DISMISS COMPLAINT            2